IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPENCER MILL, | No. 4:23-CV-00905 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE CO., | |
| Defendant. | |

## ORDER

**NOVEMBER 26, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Spencer Mill's Motion for Summary Judgment (Doc. 21) is **GRANTED IN PART** (as to Nationwide's Duty to Defend) and **DENIED IN PART** (as to Nationwide's Duty to Indemnify);

2. Defendant Nationwide's Motion for Summary Judgment (Doc. 15) is **DENIED**; and

3. A telephonic status conference with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge